UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

VICTOR SHELTON,                                          Case No. 25-CV-3106 (PJS/JFD)

                          Petitioner,

v.
                                                         ORDER
KEITH ELLISON and JAMI DOEDEN,

                          Respondents.

---

This matter is before the Court on the motion of petitioner Victor Shelton for

leave to appeal *in forma pauperis* ("IFP").

The Court finds that Shelton is not entitled to IFP status on appeal.  Because

Shelton is a "prisoner," *see* 28 U.S.C. § 1915(h), he cannot receive IFP status on appeal "if

the trial court certifies in writing that [the appeal] is not taken in good faith."  28 U.S.C.

§ 1915(a)(3).  The good-faith standard under § 1915(a)(3) is an objective one.  *Coppedge v.*

*United States*, 369 U.S. 438, 445 (1962) (" We consider a defendant's good

faith . . . demonstrated when he seeks appellate review of any issue not frivolous.").

The question is not whether Shelton personally believes that he is acting in good faith;

the question is whether, in the Court's judgment, Shelton has any non-frivolous issues

to present on appeal.  *Id.*  Because Shelton's habeas petition is plainly untimely, the

Court finds that he has no non-frivolous issues to present on appeal.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED AND CERTIFIED THAT:

1.    Petitioner's appeal is not taken in good faith; and

2.    Petitioner's motion for leave to proceed *in forma pauperis* [ECF No. 20] is

DENIED.

Dated: October 22, 2025                     /s/ Patrick J. Schiltz
                                            Patrick J. Schiltz, Chief Judge
                                            United States District Court